IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

SYLVESTER DAVIS, JR., # 211672,      )
                                     )
            Petitioner,              )
                                     )           2:17cv675-WKW
      v.                             )   CASE NO. 3:17-CV-690-WKW
                                     )
JEFFERSON S. DUNN, *et al.*,         )
                                     )
            Respondents.             )

## ORDER

The Clerk of Court is DIRECTED to strike Petitioner Sylvester Davis, Jr.'s

petition for writ of habeas corpus (Doc. # 1) and docket this same document as an

amendment to Davis's § 2254 petition in Civil Action No. 3:17cv675-WKW.

The Clerk of the Court further is DIRECTED to close this case (Civil Action

No. 3:17cv690-WKW).

DONE this 16th day of November, 2017.

            /s/   W. Keith Watkins
      CHIEF UNITED STATES DISTRICT JUDGE