# Alabama Court of Criminal Appeals Docket Sheet

**CR-13-0266**  APP : State Conviction  **CR-13-0266**

Sylvester Davis, Jr. v. State of Alabama  (Appeal from Russell Circuit Court: CC12-716)

| Sentence Date | Conviction Date |
|---|---|
| 11/15/2013 | 10/25/2013 |

| Sentence | Conviction |
|---|---|
| Life Without the Possibility of Parole | Murder |

## Indigent

**Notice of Appeal : 11/15/2013**                                    Docketed 11/25/2013

### Post Judgment Motions

12/13/2013  Motion for New Trial; Denied on 12/17/2013

### Attorneys & Officials

| | | |
|---|---|---|
| Circuit Judge | Albert L. Johnson | Phenix City, AL (334) 297-1366 |
| Circuit Clerk | Kathy S. Coulter | Phenix City, AL (334) 298-0516 |
| Ct. Reporter | Catherine Lipscomb | Phenix City, AL (334) 291-9716 |
| Atty. for Aplt. | James Curtis Bernard | Phenix City, AL (334) 298-3656 |
| Atty. for Aplt. | Walter L. Gray, III, WITHDRAWN | Phenix City, AL (334) 664-0388 |
| Atty. for Aplt. | Leroy Maxwell, Jr | Birmingham, AL (205) 521-9929 |
| Atty. for Aplt. | Jo Anna Chancellor Parker, WITHDRAWN | Phenix City, AL (334) 298-7062 |
| Pro Se Aplt. | Sylvester Davis | Springville, AL ( ) - |
| Asst. Atty. General for Aple. | Kristi O Wilkerson | Montgomery, AL (334) 353-8563 |

### Case Actions / Postings

| Date | Action |
|---|---|
| 11/25/2013 | Trial clerk's notice of appeal. Copy of trial court's sentencing order. |
| 11/25/2013 | NOTICE re: Counsel's status. |
| 11/25/2013 | Filing Notice Sent to Court Reporter. |
| 11/25/2013 | Informational Notice to Appellant/Docket Sheet to Appellee. |
| 11/25/2013 | RTO Deficiency Notice. |
| 11/25/2013 | Docketing Statement Deficiency Notice. |
| 12/02/2013 | Reporter's transcript order. |
| 12/17/2013 | Amended clerk's notice of appeal. Copies of appellant's notice of appeal, docketing statement, reporter's transcript order, and motion for new trial. |
| 12/19/2013 | Amended trial clerk's notice of appeal reflecting post judgement motion denied. |
| 01/06/2014 | Appellant's letter. (Rec'd. 01/07/2013) |
| 01/09/2014 | ORDER re: Pro se document returned to the appellant because it is not signed by attorney of record. |
| 02/11/2014 | **TC Extension of 28 days to file Comp. of Reporter's Transcript; Due: 03/11/2014 (Lipscomb).** |
| 03/10/2014 | **AC Extension of 28 days to file Comp. of Reporter's Transcript; Due: 04/08/2014 (Lipscomb).** |
| 04/08/2014 | **AC Extension of 28 days to file Comp. of Reporter's Transcript; Due: 05/06/2014 (Lipscomb).** |
| 05/05/2014 | Court reporter's motion for additional time time to file transcript.; (eFiled). |
| 05/05/2014 | Court reporter's motion for additional time time to file transcript is GRANTED. Transcript is due to be filed with this Court by June 3, 2014. |

EXHIBIT A

Case Number:  CR-13-0266                                    Date: 11/16/2015   Time: 11:09:26

## Case Actions / Postings

| Date | Action |
|---|---|
| 05/29/2014 | Court reporter's motion for additional time time to file transcript.; (eFiled). |
| 06/04/2014 | Court reporter's motion for additional time time to file transcript is GRANTED. Transcript is due to be filed with this Court by June 17, 2014. No further extensions will be granted. |
| 06/17/2014 | **Comp. of Reporter's Transcript Certified (eFiled). (Lipscomb).** |
| 06/24/2014 | **Record on Appeal Filed; Volumes: 5. Date of Certificate : 06/24/2014 (eFiled).** |
| 06/25/2014 | BRIEFING NOTICE SENT TO PARTIES. |
| 07/17/2014 | Appellant's motion for a seven (7) day extension of time to file brief; (eFiled). Paper copies (5) filed on 07/18/2014. |
| 07/17/2014 | **Extension of 7 days to file Appellant's Brief; Due: 07/29/2014 (Parker).** |
| 07/21/2014 | Appellant's motion for a thirty (30) day enlargement of time to file brief; (eFiled). Paper copies (5) filed on 07/24/2014. |
| 07/21/2014 | **Enlargement of 30 days to file Appellant's Brief; Due: 08/28/2014 (Parker).** |
| 08/27/2014 | **Appellant's Brief Filed; Copies: 1; Pages: 31 (eFiled). Paper copies (5) filed on 08/29/2014. (Parker).** |
| 08/27/2014 | Appellee's Briefing Notice. |
| 09/02/2014 | Notice of appearance by Kristi O. Wilkerson on behalf of appellee. (Efiled) |
| 09/17/2014 | Appellee's request for a seven (7) day extension of time to file brief. (Efiled) |
| 09/17/2014 | **Extension of 7 days to file Appellee's Brief; Due: 09/24/2014 (Wilkerson).** |
| 09/24/2014 | Appellee's motion for a fourteen (14) day enlargement of time to file brief; (eFiled). |
| 09/24/2014 | **Enlargement of 14 days to file Appellee's Brief; Due: 10/08/2014 (Wilkerson).** |
| 10/08/2014 | Appellee's motion for a seven (7) day enlargement of time to file brief; (eFiled). |
| 10/08/2014 | **Enlargement of 7 days to file Appellee's Brief; Due: 10/15/2014 (Wilkerson).** |
| 10/15/2014 | **Appellee's Brief Filed; Copies: 1; Pages: 72 (eFiled). Paper copies (5) filed on 10/15/2014. (Wilkerson).** |
| 10/16/2014 | Case Automatically Assigned & Delivered to Judge. |
| 10/16/2014 | **Submitted on Briefs** |
| 10/16/2014 | SUBMISSION NOTICE PROCESSED |
| 10/17/2014 | Copy of motion to withdraw as counsel for the appellant filed in circuit court by Jo Anna Parker. |
| 10/17/2014 | Copy of appellant's motion for appointment of counsel filed in circuit court. |
| 10/17/2014 | Amended clerk's notice of appeal showing that appellate counsel, Jo Anna Parker, filed a motion to withdraw on 10/8/14. |
| 10/27/2014 | **Appellant's Reply Brief Filed; Copies: 1; Pages: 13 (eFiled). Paper copies (5) filed on 11/21/2014. (Parker).** |
| 12/12/2014 | Amended trial clerk's notice of appeal and copy of motion to withdraw as counsel filed by J. C. Bernard. |
| 01/14/2015 | Appellant's pro se motion for appointment of counsel (directed to this Court) (rec'd 1/20/15). |
| 02/23/2015 | Circuit court's order issued 12/3/14, allowing Jo Anna Parker to withdraw as counsel for the appellant and appointing Curtis Bernard as counsel for the appellant, and motions to withdraw as counsel for the appellant filed in circuit court on 12/12/14 and 12/19/14 by J. C. Bernard. |
| 02/24/2015 | Notice of appearance by Leroy Maxwell Jr. on behalf of appellant. (Efiled) |
| 02/27/2015 | Circuit court's order issued 2/26/15 allowing Walter L. Gray III to withdraw as counsel. |
| 03/06/2015 | **Affirmed by Memorandum. (Welch) (Memo.)** |
|  | Windom, P.J. Concurs, Kellum, J. Concurs, Burke, J. Concurs, Joiner, J. Concurs |
| 03/25/2015 | **Certificate of Judgment Issued** |
| 11/12/2015 | Appellant's request for copies of documents. (rec'd 11/16/15) |

END OF DOCKETING INFORMATION